# Court of Appeals
# of the State of Georgia

ATLANTA,  August 01, 2014

*The Court of Appeals hereby passes the following order:*

## A14A1819.  BILLY RAY MOON v. THE STATE.

Billy Ray Moon entered a non-negotiated guilty plea in the Superior Court of Gwinnett County to six counts of entering a motor vehicle with intent to commit theft and other charges, arising from his attempt to steal car stereos on April 10, 2010. Moon appealed the trial court's order denying motion to modify sentence, arguing that the trial court's oral pronouncement of judgment was not reflected in its written judgment.  In an unpublished opinion, we affirmed the judgment of the trial court. See Case No. A13A0523 (decided April 24, 2013).

In the instant case, Moon seeks to appeal the trial court's order denying his motion to vacate void illegal sentence, in which he asserts the same argument rejected by this Court in Case No. A13A0523. "It is axiomatic that the same issue cannot be relitigated *ad infinitum*. The same is true of appeals of the same issue on the same grounds. Our determination in the earlier appeal is *res judicata*; the instant appeal is therefore barred, and we are without jurisdiction to review the same matter for a second time." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000); see also *Jordan v. State*, 253 Ga. App. 510, 511 (2) (559 SE2d 528) (2002).  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 08/01/2014
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*